IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3101 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JESSICA MICHELE ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The government's request for hearing (filing 134) is granted.

(2)   A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filings 129 and 136) has been set before the undersigned United States district judge on Tuesday, February 19, 2013, at 12:00 noon, in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3)   The United States Marshal is directed to return the defendant to the district for the hearing.

Dated January 7, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge